B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Middle District of North Carolina

In re    **Kelly Scott Frady,**
        **Tanya Renee Carrick Frady**

Case No.     **10-51653**

Debtors,

Chapter                **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 457,745.00 | | |
| B - Personal Property | Yes | 5 | 111,256.00 | | |
| C - Property Claimed as Exempt | Yes | 8 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 460,355.97 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 132,865.89 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 17 | | 959,102.63 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 5,431.63 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 5,378.34 |
| Total Number of Sheets of ALL Schedules | | 43 | | | |
| Total Assets | | | 569,001.00 | | |
| Total Liabilities | | | | 1,552,324.49 | |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Middle District of North Carolina

In re    **Kelly Scott Frady,**
      **Tanya Renee Carrick Frady**

                                       Debtors

Case No.    **10-51653**

Chapter             **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

In re **Kelly Scott Frady,**          Case No. ___**10-51653**___
      **Tanya Renee Carrick Frady**
                                    ,
                      Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Residence:**<br>**188 Cedar Springs Road, Lexington, NC 27293**<br>**Davidson County**<br>**PIN: 6770-03-44-0115**<br>**Tax Value: $246,200.00** | **Tenancy by the Entireties** | J | 246,200.00 | 288,168.00 |
| **Rental Property:**<br>**153 Lookout Mountain Road, Lexington, NC 27295**<br>**Davidson County**<br>**PIN: 5773-02-68-7882**<br>**Tax Value: $80,080.00** | **Tenancy by the Entireties** | J | 80,080.00 | 41,928.00 |
| **Vacant Land (3 Tracts):**<br>**1172 Dogwood Road, Denton, NC 27239**<br>**Davidson County**<br>**Tract 1 (2.250 Acres):**<br>**PIN: 6760-01-36-7623**<br>**Tax Value: $19,130.00**<br>**Tract 2 (14.110 Acres):**<br>**PIN: 6760-01-46-2932**<br>**Tax Value: $70,160.00**<br>**Tract 3:**<br>**PIN: 6760-01-46-4218**<br>**Tax Value: $9,380.00** | **Tenancy by the Entireties** | J | 98,670.00 | 97,987.19 |
| **Rental Property:**<br>**626 Lake Street, Lexington, NC 27292**<br>**Davidson County**<br>**PIN: 6725-04-73-4434**<br>**Tax Value: $65,590.00**<br>**Co-Owner: Ralph Earl Carrick**<br>**See: 10-51654** | **Tenant in Common** | H | 32,795.00 | 97,987.19 |

|  |  |  |
|---|---|---|
| Sub-Total > | 457,745.00 | (Total of this page) |
| Total > | 457,745.00 |  |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re **Kelly Scott Frady,**                                           Case No.    **10-51653**
         **Tanya Renee Carrick Frady**
                                       Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on Hand** | J | 45.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account** **SECU, Lexington, NC** | J | 200.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Kitchen (Stove, Refrigerator, Dishwasher, & Freezer) (FMV)** | J | 300.00 |
| | | **Small Kitchen Appliances (FMV)** | J | 100.00 |
| | | **Dining Room Furniture (FMV)** | J | 450.00 |
| | | **Living Room Furniture (FMV)** | J | 800.00 |
| | | **Bedroom Furniture (master) (FMV)** | J | 1,690.00 |
| | | **Bedroom Furniture (2nd) (FMV)** | J | 500.00 |
| | | **Bedroom Furniture (3rd) (FMV)** | J | 120.00 |
| | | **Bedroom Furniture (4th) (FMV)** | J | 100.00 |
| | | **Misc. Furniture (FMV)** | J | 150.00 |
| | | **HP Laptop Computer w/Peripherals (3 yo) (FMV)** | J | 200.00 |
| | | **Game System (FMV)** | J | 75.00 |
| | | **Televisions (3) & DVD Players (2) (FMV)** **1. Sharp (3 yo); 2. Panasonic 46"; 3. Old** | J | 300.00 |

|  | Sub-Total > | 5,030.00 |
|---|---|---|
|  | (Total of this page) | |

  __4__  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com            Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Kelly Scott Frady,**
     **Tanya Renee Carrick Frady**

Case No. _____**10-51653**_____

_____,
                    Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Vacuum Cleaner (FMV) | J | 100.00 |
| | | Space Heater (FMV) | J | 100.00 |
| | | Barbeque Grill (FMV) | J | 50.00 |
| | | Washer/Dryer (FMV) | J | 200.00 |
| | | Gun Safe (FMV) | H | 200.00 |
| | | Misc. Household Goods (FMV) | J | 300.00 |
| | | Household/Auto Repair Tools (FMV) | H | 1,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books (FMV) | J | 200.00 |
| 6. Wearing apparel. | | Clothing, shoes, costume jewelry (FMV) | J | 700.00 |
| 7. Furs and jewelry. | | Wedding Ring (FMV) | W | 100.00 |
| | | Ring & Bracelet (FMV) | W | 200.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Weights, Treadmill, Foosball Table, and Bike (FMV) | J | 500.00 |
| | | Springfield Armory 45 cal Pistol (FMV) | H | 350.00 |
| | | Winchester 22 cal. Rifles (2) (FMV) | H | 100.00 |
| | | Double-Barrel 12 guage Shotgun (FMV) | H | 75.00 |
| | | Mossin-Nagant Rifle (FMV) | H | 50.00 |
| | | Remington 1187 12 guage Shotgun | H | 250.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Group Term Life Insurance Policy (W) Beneficiary: Debtor (H) | W | Unknown |
| | | Group Term Life Insurance Policy (H) Beneficiary: Debtor (W) | J | Unknown |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >  4,975.00
(Total of this page)

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

In re **Kelly Scott Frady,**
  **Tanya Renee Carrick Frady**

Case No. **10-51653**

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | Teachers and State Employees' Retirement System | W | 48,506.00 |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | HRF Enterprises, LLC Office Address: 1001 W. WT Harris Boulevard, Suite P241, Charlotte, NC 28213 Members: Tanya Frady (51% interest) and Stewart Roberts (49% interest) Type of Business: Tree Removal/Service LLC Effective Date: 10/04/2007 Assets of Business: 2003 Vermeer Chipper (value: $2,500.00); 2003 F550 Ford Chip Truck ($6,000.00); 1999 Dodge Ram ($2,500.00 -- bad transmission); 1990 Ford F800 Bucket Truck ($3,000.00 -- not operating); 2005 Kaufman Trailer ($500.00); 2001 Chevrolet Service Truck ($2,000.00); Office Equipment/Supplies ($1,000.00). | W | 7,548.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total > **56,054.00**
(Total of this page)

Sheet **2** of **4** continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Kelly Scott Frady,**  Case No. __**10-51653**__
      **Tanya Renee Carrick Frady**

_____ ,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Certified Arborist License International Society of Aboriculture (expires on 06/30/12)** | H | **Unknown** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2002 Pontiac Grand Prix GT VIN: 1G2WP52K02F174513 Mileage: 90,628 Value: NADA (average trade-in)** | W | **3,875.00** |
| | | **1984 Datsun 280Z Title is not in Debtors' name Note: Vehicle not restored and not operational.** | H | **300.00** |
| | | **2007 Toyota FJ Cruiser VIN: JTEBU11F970020369 Mileage: 110,000 Value: NADA** | J | **18,068.00** |
| | | **2002 Saturn VUE VIN: 5GZCZ63B62S822732 Mileage: 150,000 Value: NADA Note: Transmission needs to be replaced. Note: Lien on vehicle is held by Wells Fargo Bank as security for payment of Judgment Lien (08-CVD-1788) in the amount of $9,959.77.** | H | **2,525.00** |

Sub-Total >   **24,768.00**
(Total of this page)

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com   Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Kelly Scott Frady,**                             Case No.    **10-51653**
         **Tanya Renee Carrick Frady**
                                       Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **1982 Chevrolet Corvette**<br>**VIN: 1G1A48781C5120459**<br>**Mileage: 202548**<br>**Value: Not restored and not operational.** | W | 4,000.00 |
| | | **2006 Yamaha Motorcycle**<br>**VIN: JYARP15E06A000320**<br>**Mileage: 11,805**<br>**Value: NADA** | H | 13,499.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Chainsaws (7); Ropes & Pulleys; PortaWrap; Blowers (2); Climbing Belt/Spikes; Loppers; Extension Poles; Pole Saw (FMV)** | H | 2,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | | **Cows (2) (FMV)** | J | 600.00 |
| | | **Dogs (2) & Cat (pets) (FMV)** | J | 30.00 |
| | | **Horse w/tack (FMV)**<br>**Belongs to dependent** | J | 300.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | | |
|---|---|---|
| | Sub-Total > | 20,429.00 |
| | (Total of this page) | |
| | Total > | 111,256.00 |

Sheet   __4__   of   __4__   continuation sheets attached
to the Schedule of Personal Property                                (Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                           Best Case Bankruptcy

91C *(12/09)*

# United States Bankruptcy Court
## Middle District of North Carolina

In re   **Kelly Scott Frady**
      **Tanya Renee Carrick Frady**                          Case No.   **10-51653**

                                    Debtor(s)                       Chapter    **7**

## DEBTOR'S CLAIM FOR PROPERTY EXEMPTIONS

I,   **Kelly Scott Frady**  , the undersigned debtor, hereby claim the following property as exempt pursuant to 11 U.S.C. § 522(b)(3)(A), (B), and (C), the Laws of the State of North Carolina, and non-bankruptcy federal law.

     ☐ Check if the debtor claims as exempt any amount of interest that exceeds $125,000 in value in property that the debtor or a dependent of the debtor uses as a residence.

1.     **REAL OR PERSONAL PROPERTY USED BY DEBTOR OR DEBTOR'S DEPENDENT AS RESIDENCE OR BURIAL PLOT.** (NCGS 1C-1601(a)(1)).
Select appropriate exemption amount below:
     ☒   Total net value not to exceed $35,000.
     ☐   Total net value not to exceed $60,000. (Debtor is unmarried, 65 years of age or older, property was previously owned by debtor as tenant by the entireties or joint tenant with rights of survivorship, and former co-owner is deceased.)

| Description of Property & Address | Market Value | Mtg. Holder or Lien Holder(s) | Amt. Mtg. or Lien | Net Value |
|---|---|---|---|---|
| Residence: | | | | |
| 188 Cedar Springs Road, | | | | |
| Lexington, NC 27293 | | Bank of America Home Loans | 121,570.00 | |
| Davidson County | | Bank of America, NA | 134,371.00 | |
| PIN: 6770-03-44-0115 | | Berkley Risk Administrators, LLC | 21,873.00 | |
| Tax Value: $246,200.00 | 246,200.00 | Key Risk Mgmt Services, Inc. | 10,354.00 | 0.00 |

                        (a) Total Net Value                   $          **Unknown**
                        Total Net Exemption                 $          **0.00**
                        (b) Unused portion of exemption, not to exceed $5,000.    $         **5,000.00**
                        (This amount, if any, may be carried forward and used to claim an exemption in any property owned by the debtor. (NCGS 1C-1601(a)(2)).

2.     **TENANCY BY THE ENTIRETY.** The following property is claimed as exempt pursuant to 11 U.S.C. § 522(b)(3)(B) and the laws of the State of North Carolina pertaining to property held as tenants by the entirety.

| Description of Property & Address | Market Value | Mtg. Holder or Lien Holder(s) | Amt. Mtg. or Lien | Net Value |
|---|---|---|---|---|
| Vacant Land (3 Tracts): | | | | |
| 1172 Dogwood Road, Denton, NC 27239 | | | | |
| Davidson County | | | | |
| Tract 1 (2.250 Acres): | | | | |
| PIN: 6760-01-36-7623 | | | | |
| Tax Value: $19,130.00 | | | | |
| Tract 2 (14.110 Acres): | | | | |
| PIN: 6760-01-46-2932 | | | | |
| Tax Value: $70,160.00 | | | | |
| Tract 3: | | | | |
| PIN: 6760-01-46-4218 | | | | |
| Tax Value: $9,380.00 | 98,670.00 | Bank of North Carolina | 97,987.19 | 682.81 |

3.  **MOTOR VEHICLE.** (NCGS 1C-1601(a)(3).  Only one vehicle allowed under this paragraph with net value claimed as exempt not to exceed $3,500.)

| Year, Make, Model of Auto | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| 2007 Toyota FJ Cruiser VIN: JTEBU11F970020369 Mileage: 110,000 Value: NADA | 18,068.00 | Wells Fargo Bank | 13,950.01 | 4,117.99 |

(a) Statutory allowance ............................................. $ _____ 3,500
(b) Amount from 1 (b) above to be used in this paragraph.
    (A part or all of 1 (b) may be used as needed.) ........ $ _____

Total Net Exemption  $ **3,500.00**

4.  **TOOLS OF TRADE, IMPLEMENTS, OR PROFESSIONAL BOOKS.**  (NCGS 1C-1601(a)(5).  Used by debtor or debtor's dependent.  Total net value of all items claimed as exempt not to exceed $2,000.)

| Description | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| Chainsaws (7); Ropes & Pulleys; PortaWrap; Blowers (2); Climbing Belt/Spikes; Loppers; Extension Poles; Pole Saw (FMV) | 2,000.00 | | | 2,000.00 |

(a) Statutory allowance ............................................. $ _____ 2,000
(b) Amount from 1 (b) above to be used in this paragraph.
    (A part or all of 1 (b) may be used as needed.) ........ $ _____

Total Net Exemption  $ **2,000.00**

5.  **PERSONAL PROPERTY USED FOR HOUSEHOLD OR PERSONAL PURPOSES NEEDED BY DEBTOR OR DEBTOR'S DEPENDENTS.** (NCGS 1C-1601(a)(4).  Debtor's aggregate interest, not to exceed $5,000 in value for the debtor plus $1,000 for each dependent of the debtor, not to exceed $4,000 total for dependents.)

| Description | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| Barbeque Grill (FMV) | 50.00 | | | 25.00 |
| Bedroom Furniture (2nd) (FMV) | 500.00 | | | 250.00 |
| Bedroom Furniture (3rd) (FMV) | 120.00 | | | 60.00 |
| Bedroom Furniture (4th) (FMV) | 100.00 | | | 50.00 |
| Bedroom Furniture (master) (FMV) | 1,690.00 | | | 845.00 |
| Books (FMV) | 200.00 | | | 200.00 |
| Clothing, shoes, costume jewelry (FMV) | 700.00 | | | 350.00 |
| Dining Room Furniture (FMV) | 450.00 | | | 225.00 |
| Dogs (2) & Cat (pets) (FMV) | 30.00 | | | 15.00 |
| Gun Safe (FMV) | 200.00 | | | 200.00 |
| Household/Auto Repair Tools (FMV) | 1,500.00 | | | 1,500.00 |
| HP Laptop Computer w/Peripherals (3 yo) (FMV) | 200.00 | | | 100.00 |
| Kitchen (Stove, Refrigerator, Dishwasher, & Freezer) (FMV) | 300.00 | | | 150.00 |
| Living Room Furniture (FMV) | 800.00 | | | 400.00 |
| Misc. Furniture (FMV) | 150.00 | | | 75.00 |
| Small Kitchen Appliances (FMV) | 100.00 | | | 50.00 |
| Springfield Armory 45 cal Pistol (FMV) | 350.00 | | | 350.00 |

91C *(12/09)*

| Description | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| Televisions (3) & DVD Players (2) (FMV) 1. Sharp (3 yo); 2. Panasonic 46"; 3. Old | 300.00 | | | 150.00 |

| | | | | |
|---|---|---|---|---|
| | | | Total Net Value | 4,995.00 |

(a) Statutory allowance for debtor                                        $               5,000

(b) Statutory allowance for debtor's dependents:  __1__  dependents at $1,000 each (not to exceed $4,000 total for dependents)                     1,000.00

(c) Amount from 1(b) above to be used in this paragraph.
    (A part or all of 1 (b) may be used as needed.)

| | | | | |
|---|---|---|---|---|
| | | | Total Net Exemption | 4,995.00 |

6.     **LIFE INSURANCE.** (As provided in Article X, Section 5 of North Carolina Constitution.)

      Name of Insurance Company\Policy No.\Name of Insured\Policy Date\Name of Beneficiary
      **-NONE-**

7.     **PROFESSIONALLY PRESCRIBED HEALTH AIDS (FOR DEBTOR OR DEBTOR'S DEPENDENTS).** (NCGS 1C-1601(a)(7).  No limit on value or number of items.)

      Description:
      **-NONE-**

8.     **DEBTOR'S RIGHT TO RECEIVE FOLLOWING COMPENSATION:** (NCGS 1C-1601(a)(8).  No limit on number or amount.)

    A.  $       **-NONE-**  Compensation for personal injury to debtor or to person whom debtor was dependent for support.
    B.  $       **-NONE-**  Compensation for death of person of whom debtor was dependent for support.
    C.  $       **-NONE-**  Compensation from private disability policies or annuities.

9.     **INDIVIDUAL RETIREMENT PLANS AS DEFINED IN THE INTERNAL REVENUE CODE AND ANY PLAN TREATED IN THE SAME MANNER AS AN INDIVIDUAL RETIREMENT PLAN UNDER THE INTERNAL REVENUE CODE.** (NCGS 1C-1601(a)(9).  No limit on number or amount.) **AND OTHER RETIREMENT FUNDS DEFINED IN 11 U.S.C. § 522(b)(3)(c).**

      **Detailed Description**                  **Value**
      **-NONE-**

10.    **COLLEGE SAVINGS PLANS QUALIFIED UNDER SECTION 529 OF THE INTERNAL REVENUE CODE.**
      (NCGS 1C-1601(a)(10).  Total net value not to exceed $25,000 and may not include any funds placed in a college saving plan within the preceding 12 months not in the ordinary course of the debtor's financial affairs.  This exemption applies only to the extent that the funds are for a child of the debtor and will actually be used for the child's college or university expenses.)

      **Detailed Description**                  **Value**
      **-NONE-**

11.    **RETIREMENT BENEFITS UNDER A RETIREMENT PLAN OF OTHER STATE AND GOVERNMENTAL UNITS OF OTHER STATES, TO THE EXTENT THOSE BENEFITS ARE EXEMPT UNDER THE LAWS OF THAT STATE OR GOVERNMENTAL UNIT.** (NCGS 1C-1601(a)(11). No limit on amount.)

      Description:
      **-NONE-**

12.    **ALIMONY, SUPPORT, SEPARATION MAINTENANCE AND CHILD SUPPORT.** (NCGS 1C-1601(a)(12).  No limit on amount to the extent such payments are reasonably necessary for the support of Debtor or dependent of Debtor.)

      Description:
      **-NONE-**

91C *(12/09)*

13. **ANY OTHER REAL OR PERSONAL PROPERTY WHICH DEBTOR DESIRES TO CLAIM AS EXEMPT THAT HAS NOT PREVIOUSLY BEEN CLAIMED ABOVE.** (NCGS 1C-1601(a)(2). The amount claimed may not exceed the remaining amount available under paragraph 1(b) which has not been used for other exemptions.)

| Description | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| **2007 Toyota FJ Cruiser**<br>**VIN: JTEBU11F970020369**<br>**Mileage: 110,000**<br>**Value: NADA** | **18,068.00** | **Wells Fargo Bank** | **13,950.01** | **617.99** |
| 1982 Chevrolet Corvette<br>VIN: 1G1A48781C5120459<br>Mileage: 202548<br>Value: Not restored and not operational. | 4,000.00 | | | 2,575.80 |
| **Certified Arborist License**<br>**International Society of Aboriculture**<br>**(expires on 06/30/12)** | **Unknown** | | | **Unknown** |
| **Double-Barrel 12 guage Shotgun (FMV)** | **75.00** | | | **75.00** |
| **Horse w/tack (FMV)**<br>**Belongs to dependent** | **300.00** | | | **300.00** |
| Cows (2) (FMV) | 600.00 | | | 600.00 |
| **Mossin-Nagant Rifle (FMV)** | **50.00** | | | **50.00** |
| **Remington 1187 12 guage Shotgun** | **250.00** | | | **250.00** |
| **Vacant Land (3 Tracts):**<br>**1172 Dogwood Road, Denton, NC 27239**<br>**Davidson County**<br>**Tract 1 (2.250 Acres):**<br>**PIN: 6760-01-36-7623**<br>**Tax Value: $19,130.00**<br>**Tract 2 (14.110 Acres):**<br>**PIN: 6760-01-46-2932**<br>**Tax Value: $70,160.00**<br>**Tract 3:**<br>**PIN: 6760-01-46-4218**<br>**Tax Value: $9,380.00** | **98,670.00** | **Bank of North Carolina** | **97,987.19** | **682.81** |
| **Winchester 22 cal. Rifles (2) (FMV)** | **100.00** | | | **100.00** |

(a) Total Net Value of property claimed in paragraph 13.       $     **5,000.00**

(b) Total amount available from paragraph 1(b).       $     **5,000.00**

(c) Less amounts from paragraph 1(b) which were used in the following paragraphs:

           Paragraph 3(b)    $ _____

           Paragraph 4(b)    $ _____

           Paragraph 5(c)    $ _____

      Net Balance Available from paragraph 1(b)   $     **5,000.00**

                     Total Net Exemption   $ _____

14. **OTHER EXEMPTIONS CLAIMED UNDER THE LAWS OF THE STATE OF NORTH CAROLINA:**

     **Debtor earnings necessary to support family (all earnings from last 60 days), N.C. Gen. Stat. § 1-362**     **45.00**

     **Debtor earnings necessary to support family (all earnings from last 60 days), N.C. Gen. Stat. § 1-362**     **200.00**

     **Group life insurance benefits, N.C. Gen. Stat. § 58-58-165**     **Unknown**

     TOTAL VALUE OF PROPERTY CLAIMED AS EXEMPT    $     **245.00**

15. **EXEMPTIONS CLAIMED UNDER NON-BANKRUPTCY FEDERAL LAW:**

     **-NONE-**

     TOTAL VALUE OF PROPERTY CLAIMED AS EXEMPT    $     **0.00**

DATE   09/13/2010 _____      /s/ Kelly Scott Frady _____

                                      **Kelly Scott Frady**

                                      Debtor

# United States Bankruptcy Court
## Middle District of North Carolina

| | | | |
|---|---|---|---|
| In re | **Kelly Scott Frady**<br>**Tanya Renee Carrick Frady** | Case No. | **10-51653** |
| | Debtor(s) | Chapter | **7** |

## DEBTOR'S CLAIM FOR PROPERTY EXEMPTIONS

I, **Tanya Renee Carrick Frady** , the undersigned debtor, hereby claim the following property as exempt pursuant to 11 U.S.C. § 522(b)(3)(A), (B), and (C), the Laws of the State of North Carolina, and non-bankruptcy federal law.

☐ Check if the debtor claims as exempt any amount of interest that exceeds $125,000 in value in property that the debtor or a dependent of the debtor uses as a residence.

1. **REAL OR PERSONAL PROPERTY USED BY DEBTOR OR DEBTOR'S DEPENDENT AS RESIDENCE OR BURIAL PLOT.** (NCGS 1C-1601(a)(1)).
   Select appropriate exemption amount below:
   ☒ Total net value not to exceed $35,000.
   ☐ Total net value not to exceed $60,000. (Debtor is unmarried, 65 years of age or older, property was previously owned by debtor as tenant by the entireties or joint tenant with rights of survivorship, and former co-owner is deceased.)

| Description of<br>Property & Address | Market<br>Value | Mtg. Holder or Lien Holder(s) | Amt. Mtg.<br>or Lien | Net<br>Value |
|---|---|---|---|---|
| **Residence:**<br>**188 Cedar Springs Road,**<br>**Lexington, NC 27293**<br>**Davidson County**<br>**PIN: 6770-03-44-0115**<br>**Tax Value: $246,200.00** | **246,200.00** | **Bank of America Home Loans**<br>**Bank of America, NA**<br>**Berkley Risk Administrators, LLC**<br>**Key Risk Mgmt Services, Inc.** | **121,570.00**<br>**134,371.00**<br>**21,873.00**<br>**10,354.00** | **0.00** |

| | | |
|---|---|---|
| (a) Total Net Value | $ | **Unknown** |
| Total Net Exemption | $ | **0.00** |
| (b) Unused portion of exemption, not to exceed $5,000. | $ | **5,000.00** |

(This amount, if any, may be carried forward and used to claim an exemption in any property owned by the debtor. (NCGS 1C-1601(a)(2)).

2. **TENANCY BY THE ENTIRETY.** The following property is claimed as exempt pursuant to 11 U.S.C. § 522(b)(3)(B) and the laws of the State of North Carolina pertaining to property held as tenants by the entirety.

| Description of<br>Property & Address | Market<br>Value | Mtg. Holder or Lien<br>Holder(s) | Amt. Mtg.<br>or Lien | Net<br>Value |
|---|---|---|---|---|
| **Vacant Land (3 Tracts):**<br>**1172 Dogwood Road, Denton, NC 27239**<br>**Davidson County**<br>**Tract 1 (2.250 Acres):**<br>**PIN: 6760-01-36-7623**<br>**Tax Value: $19,130.00**<br>**Tract 2 (14.110 Acres):**<br>**PIN: 6760-01-46-2932**<br>**Tax Value: $70,160.00**<br>**Tract 3:**<br>**PIN: 6760-01-46-4218**<br>**Tax Value: $9,380.00** | **98,670.00** | **Bank of North Carolina** | **97,987.19** | **682.81** |

91C *(12/09)*

3.    **MOTOR VEHICLE.** (NCGS 1C-1601(a)(3).  Only one vehicle allowed under this paragraph with net value claimed as exempt not to exceed $3,500.)

| Year, Make<br>Model of Auto | Market<br>Value | Lien Holder(s) | Amt. Lien | Net<br>Value |
|---|---|---|---|---|
| **2002 Pontiac Grand Prix GT**<br>**VIN: 1G2WP52K02F174513**<br>**Mileage: 90,628**<br>**Value: NADA (average trade-in)** | **3,875.00** | | | **3,875.00** |

|  |  |  |
|---|---|---|
| (a) Statutory allowance | $ | 3,500 |
| (b) Amount from 1(b) above to be used in this paragraph.<br>(A part or all of 1(b) may be used as needed.) | $ | |
| Total Net Exemption | $ | **3,500.00** |

4.    **TOOLS OF TRADE, IMPLEMENTS, OR PROFESSIONAL BOOKS.**  (NCGS 1C-1601(a)(5).  Used by debtor or debtor's dependent.  Total net value of all items claimed as exempt not to exceed $2,000.)

| Description | Market<br>Value | Lien Holder(s) | Amt. Lien | Net<br>Value |
|---|---|---|---|---|
| **-NONE-** | | | | |

|  |  |  |
|---|---|---|
| (a) Statutory allowance | $ | 2,000 |
| (b) Amount from 1(b) above to be used in this paragraph.<br>(A part or all of 1(b) may be used as needed.) | $ | |
| Total Net Exemption | $ | **0.00** |

5.    **PERSONAL PROPERTY USED FOR HOUSEHOLD OR PERSONAL PURPOSES NEEDED BY DEBTOR OR DEBTOR'S DEPENDENTS.** (NCGS 1C-1601(a)(4).  Debtor's aggregate interest, not to exceed $5,000 in value for the debtor plus $1,000 for each dependent of the debtor, not to exceed $4,000 total for dependents.)

| Description<br>of Property | Market<br>Value | Lien Holder(s) | Amt. Lien | Net<br>Value |
|---|---|---|---|---|
| **Barbeque Grill (FMV)** | **50.00** | | | **25.00** |
| **Bedroom Furniture (2nd) (FMV)** | **500.00** | | | **250.00** |
| **Bedroom Furniture (3rd) (FMV)** | **120.00** | | | **60.00** |
| **Bedroom Furniture (4th) (FMV)** | **100.00** | | | **50.00** |
| **Bedroom Furniture (master) (FMV)** | **1,690.00** | | | **845.00** |
| **Clothing, shoes, costume jewelry (FMV)** | **700.00** | | | **350.00** |
| **Dining Room Furniture (FMV)** | **450.00** | | | **225.00** |
| **Game System (FMV)** | **75.00** | | | **75.00** |
| **HP Laptop Computer w/Peripherals (3 yo) (FMV)** | **200.00** | | | **100.00** |
| **Kitchen (Stove, Refrigerator, Dishwasher, & Freezer) (FMV)** | **300.00** | | | **150.00** |
| **Living Room Furniture (FMV)** | **800.00** | | | **400.00** |
| **Misc. Furniture (FMV)** | **150.00** | | | **75.00** |
| **Misc. Household Goods (FMV)** | **300.00** | | | **150.00** |
| **Small Kitchen Appliances (FMV)** | **100.00** | | | **50.00** |
| **Space Heater (FMV)** | **100.00** | | | **100.00** |
| **Televisions (3) & DVD Players (2) (FMV)**<br>**1. Sharp (3 yo); 2. Panasonic 46"; 3. Old** | **300.00** | | | **150.00** |
| **Vacuum Cleaner (FMV)** | **100.00** | | | **100.00** |
| **Washer/Dryer (FMV)** | **200.00** | | | **200.00** |
| **Weights, Treadmill, Foosball Table, and Bike (FMV)** | **500.00** | | | **500.00** |

91C *(12/09)*

|  | Total Net Value | **3,855.00** |
|---|---|---|

(a) Statutory allowance for debtor        $     5,000

(b) Statutory allowance for debtor's dependents: __1__ dependents at $1,000 each (not to exceed $4,000 total for dependents)     **1,000.00**

(c) Amount from 1(b) above to be used in this paragraph.
    (A part or all of 1(b) may be used as needed.)

|  | Total Net Exemption | **3855.00** |
|---|---|---|

6.    **LIFE INSURANCE. (**As provided in Article X, Section 5 of North Carolina Constitution.)

Name of Insurance Company\Policy No.\Name of Insured\Policy Date\Name of Beneficiary
**-NONE-**

7.    **PROFESSIONALLY PRESCRIBED HEALTH AIDS (FOR DEBTOR OR DEBTOR'S DEPENDENTS).** (NCGS 1C-1601(a)(7). No limit on value or number of items.)

Description:
**-NONE-**

8.    **DEBTOR'S RIGHT TO RECEIVE FOLLOWING COMPENSATION:** (NCGS 1C-1601(a)(8). No limit on number or amount.)

A.   $     **-NONE-**   Compensation for personal injury to debtor or to person whom debtor was dependent for support.
B.   $     **-NONE-**   Compensation for death of person of whom debtor was dependent for support.
C.   $     **-NONE-**   Compensation from private disability policies or annuities.

9.    **INDIVIDUAL RETIREMENT PLANS AS DEFINED IN THE INTERNAL REVENUE CODE AND ANY PLAN TREATED IN THE SAME MANNER AS AN INDIVIDUAL RETIREMENT PLAN UNDER THE INTERNAL REVENUE CODE.** (NCGS 1C-1601(a)(9). No limit on number or amount.) **AND OTHER RETIREMENT FUNDS DEFINED IN 11 U.S.C. § 522(b)(3)(c).**

| **Detailed Description** | **Value** |
|---|---|
| **-NONE-** | |

10.   **COLLEGE SAVINGS PLANS QUALIFIED UNDER SECTION 529 OF THE INTERNAL REVENUE CODE.** (NCGS 1C-1601(a)(10). Total net value not to exceed $25,000 and may not include any funds placed in a college saving plan within the preceding 12 months not in the ordinary course of the debtor's financial affairs. This exemption applies only to the extent that the funds are for a child of the debtor and will actually be used for the child's college or university expenses.)

| **Detailed Description** | **Value** |
|---|---|
| **-NONE-** | |

11.   **RETIREMENT BENEFITS UNDER A RETIREMENT PLAN OF OTHER STATE AND GOVERNMENTAL UNITS OF OTHER STATES, TO THE EXTENT THOSE BENEFITS ARE EXEMPT UNDER THE LAWS OF THAT STATE OR GOVERNMENTAL UNIT.** (NCGS 1C-1601(a)(11). No limit on amount.)

Description:
**-NONE-**

12.   **ALIMONY, SUPPORT, SEPARATION MAINTENANCE AND CHILD SUPPORT.** (NCGS 1C-1601(a)(12). No limit on amount to the extent such payments are reasonably necessary for the support of Debtor or dependent of Debtor.)

Description:
**-NONE-**

13.     **ANY OTHER REAL OR PERSONAL PROPERTY WHICH DEBTOR DESIRES TO CLAIM AS EXEMPT THAT HAS NOT PREVIOUSLY BEEN CLAIMED ABOVE.** (NCGS 1C-1601(a)(2). The amount claimed may not exceed the remaining amount available under paragraph 1(b) which has not been used for other exemptions.)

| Description | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| **HRF Enterprises, LLC** **Office Address: 1001 W. WT Harris Boulevard, Suite P241, Charlotte, NC 28213** **Members: Tanya Frady (51% interest)** **and Stewart Roberts (49% interest)** **Type of Business: Tree Removal/Service** **LLC Effective Date: 10/04/2007** **Assets of Business: 2003 Vermeer Chipper (value: $2,500.00); 2003 F550 Ford Chip Truck ($6,000.00); 1999 Dodge Ram ($2,500.00 -- bad transmission); 1990 Ford F800 Bucket Truck ($3,000.00 -- not operating); 2005 Kaufman Trailer ($500.00); 2001 Chevrolet Service Truck ($2,000.00); Office Equipment/Supplies ($1,000.00).** | 14,800.00 | | | **7,548.00** **51% owned** |
| **Ring & Bracelet (FMV)** | 200.00 | | | 200.00 |
| **Wedding Ring (FMV)** | 100.00 | | | 100.00 |

(a) Total Net Value of property claimed in paragraph 13.                                                    $ _____ **5,000.00**

(b) Total amount available from paragraph 1(b).                                                              $ _____ **5,000.00**

(c) Less amounts from paragraph 1(b) which were used in the following paragraphs:

Paragraph 3(b)          $ _____

Paragraph 4(b)          $ _____

Paragraph 5(c)          $ _____

Net Balance Available from paragraph 1(b)   $ _____ **5,000.00**

Total Net Exemption   $ _____

14.     **OTHER EXEMPTIONS CLAIMED UNDER THE LAWS OF THE STATE OF NORTH CAROLINA:**

**State teacher retirement benefits, N.C. Gen. Stat. § 135-9**                          _____ **48,506.00**

TOTAL VALUE OF PROPERTY CLAIMED AS EXEMPT                          $ _____ **48,506.00**

15.     **EXEMPTIONS CLAIMED UNDER NON-BANKRUPTCY FEDERAL LAW:**

**-NONE-**                                                                                            _____

TOTAL VALUE OF PROPERTY CLAIMED AS EXEMPT                          $ _____ **0.00**

DATE   09/13/2010 _____                        /s/ Tanya Renee Carrick Frady _____

**Tanya Renee Carrick Frady**

Joint Debtor

B6D (Official Form 6D) (12/07)

In re    **Kelly Scott Frady,**        Case No.    **10-51653**
           **Tanya Renee Carrick Frady**

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx3879** <br><br> **Creditor #: 1** <br> **Bank of America Home Loans** <br> **Attn: Bankruptcy** <br> **PO Box 5170** <br> **Simi Valley, CA 93062-5170** | | J | **10/1998** <br> **Deed of Trust** <br> **Residence:** <br> **188 Cedar Springs Road, Lexington, NC 27293** <br> **Davidson County** <br> **PIN: 6770-03-44-0115** <br> **Tax Value: $246,200.00** | | | | | |
| | | | Value $      **246,200.00** | | | | **121,570.00** | **0.00** |
| Account No. **xxxx-xxxx-xx8599** <br><br> **Creditor #: 2** <br> **Bank of America, NA** <br> **Attn: Managing Agent** <br> **PO Box 21848** <br> **Greensboro, NC 27420-1848** | | J | **Home Equity Line of Credit** <br> **Residence:** <br> **188 Cedar Springs Road, Lexington, NC 27293** <br> **Davidson County** <br> **PIN: 6770-03-44-0115** <br> **Tax Value: $246,200.00** | | | | | |
| | | | Value $      **246,200.00** | | | | **134,371.00** | **9,741.00** |
| Account No. <br><br> **Bank of America** <br> **Attn: Bankruptcy** <br> **NC4-105-02-77** <br> **PO Box 26012** <br> **Greensboro, NC 27410** | | | **Additional Notice:** <br> **Bank of America, NA** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. **xxxx9039** <br><br> **Creditor #: 3** <br> **Bank of North Carolina** <br> **Attn: Managing Agent** <br> **1226 Eastchester Drive** <br> **High Point, NC 27265** | X | J | **08/28/2008** <br><br> **Deed of Trust** <br><br> **Vacant Land (3 Tracts):** <br> **1172 Dogwood Road, Denton, NC** <br> **NOTE: Loan also secures real property owned by Ralph & Bernice Carrick.** | | | | | |
| | | | Value $      **98,670.00** | | | | **97,987.19** | **0.00** |

   **2**    continuation sheets attached

Subtotal <br> (Total of this page)    **353,928.19**    **9,741.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com        Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **Kelly Scott Frady,**                            Case No.   **10-51653**

            **Tanya Renee Carrick Frady**

Debtors

<h1 align="center">SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS</h1>
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx9039** <br><br>**Creditor #: 4** <br>**Bank of North Carolina** <br>**Attn: Managing Agent** <br>**1226 Eastchester Drive** <br>**High Point, NC 27265** | X | J | **08/28/2006** <br>**Deed of Trust** <br>**Rental Property:** <br>**626 Lake Street, Lexington, NC** <br>**Tax Value: $65,590.00** <br>**Co-Owner: Ralph Earl Carrick** <br>**See: 10-51654** | | | | | |
| | | | Value $      **65,590.00** | | | | **Unknown** | **Unknown** |
| Account No. <br><br>**Creditor #: 5** <br>**Berkley Risk Administrators, LLC** <br>**c/o Gerald Groon, Esq.** <br>**Smith Debnam Narron** <br>**PO Box 26268** <br>**Raleigh, NC 27611-6268** | X | H | **03/2006** <br>**Judgment Lien** <br>**Residence:** <br>**188 Cedar Springs Road, Lexington, NC 27293** <br>**Davidson County** <br>**PIN: 6770-03-44-0115** <br>**Tax Value: $246,200.00** | | | | | |
| | | | Value $     **246,200.00** | | | | **21,873.00** | **21,873.00** |
| Account No. **xxxxxxxxxxxxxx4118** <br><br>**Creditor #: 6** <br>**HSBC Bank Nevada, NA** <br>**Attn: Managing Agent** <br>**90 Christiana Road** <br>**New Castle, DE 19720** | | H | **04/2005** <br><br>**Purchase Money Security** <br><br>**2006 Yamaha Motorcycle** <br>**VIN: JYARP15E06A000320** <br>**Mileage: 11,805** <br>**Value: NADA** | | | | | |
| | | | Value $     **13,499.00** | | | | **8,363.00** | **0.00** |
| Account No. **xx-xxxx2660** <br><br>**Creditor #: 7** <br>**Industrial Federal Savings Bank** <br>**Attn: Managing Agent** <br>**107 West Center Street** <br>**Lexington, NC 27292** | | H | **02/2005** <br>**Deed of Trust** <br>**Rental Property:** <br>**153 Lookout Mountain Road, Lexington, NC 27295** <br>**Davidson County** <br>**PIN: 5773-02-68-7882** <br>**Tax Value: $80,080.00** | | | | | |
| | | | Value $     **80,080.00** | | | | **41,928.00** | **0.00** |
| Account No. **xx-xxx-xx1742** <br><br>**Creditor #: 8** <br>**Key Risk Mgmt Services, Inc.** <br>**Attn: Gerald Groon, Esq.** <br>**Smith Debnam Narron** <br>**PO Box 26268** <br>**Raleigh, NC 27611-6268** | X | J | **Judgment Lien** <br>**Residence:** <br>**188 Cedar Springs Road, Lexington, NC 27293** <br>**Davidson County** <br>**PIN: 6770-03-44-0115** <br>**Tax Value: $246,200.00** | | | | | |
| | | | Value $     **246,200.00** | | | | **10,354.00** | **10,354.00** |

Sheet  **1**  of  **2**  continuation sheets attached to                      Subtotal                                         

Schedule of Creditors Holding Secured Claims                    (Total of this page)        **82,518.00**        **32,227.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                  Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **Kelly Scott Frady,**  
**Tanya Renee Carrick Frady**  
_____ ,  
Debtors

Case No. **10-51653**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx2025** | | | 06/2006 | | | | | |
| **Creditor #: 9**<br>**Wells Fargo Bank**<br>**Attn: Managing Agent**<br>**PO Box 3000**<br>**Winterville, NC 28590** | | J | **Purchase Money Security**<br><br>**2007 Toyota FJ Cruiser**<br>VIN: JTEBU11F970020369<br>**Mileage: 110,000**<br>**Value: NADA** | | | | | |
| | | | Value $ **18,068.00** | | | | **13,950.01** | **0.00** |
| Account No. **xx-xxx-1788** | | | 2008 | | | | | |
| **Creditor #: 10**<br>**Wells Fargo Bank, NA**<br>**c/o Clontz & Clontz, PLLC**<br>**The Justice Building**<br>**225 South McDowell Street**<br>**Charlotte, NC 28204-2294** | | H | **Title Lienholder**<br>**2002 Saturn VUE**<br>**VIN: 5GZCZ63B62S822732**<br>**Mileage: 150,000**<br>**Value: NADA**<br>**Note: Transmission needs to be replaced.** | | | | | |
| | | | Value $ **2,525.00** | | | | **9,959.77** | **7,434.77** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet **2** of **2** continuation sheets attached to  
Schedule of Creditors Holding Secured Claims

| | Subtotal<br>(Total of this page) | **23,909.78** | **7,434.77** |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **460,355.97** | **49,402.77** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

In re    **Kelly Scott Frady,**                      Case No.    **10-51653**
         **Tanya Renee Carrick Frady**

                                             Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**2** continuation sheets attached

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                          Best Case Bankruptcy

In re **Kelly Scott Frady,**  
 **Tanya Renee Carrick Frady**  
_____,  
Case No. _____**10-51653**_____

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**  
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Creditor #: 1** Davidson County Tax Collector Attn: Managing Agent PO Box 580018 Charlotte, NC 28258-0018 | | J | Notice Only | | | | Unknown **Unknown** | **Unknown** | **0.00** |
| Account No. **Creditor #: 2** Escambia County Tax Collector Attn: Managing Agent PO Box 1312 Pensacola, FL 32591 | | H | Guarantor/obligor for Frady Tree Svcs., Inc. See: 07-50511; MDNC | | | | Unknown **Unknown** | **Unknown** | **Unknown** |
| Account No. **xxx5493** **Creditor #: 3** Florida Dept of Revenue Attn: Managing Agent 5050 West Tennessee Street Tallahassee, FL 32399-0100 | | H | 2004 to 2007 Tax Lien No. 07-115517 Unemployment Tax Guarantor/obligor for Frady Tree Svcs., Inc. See: 07-50511; MDNC | | | | Unknown **526.48** | **Unknown** | **Unknown** |
| Account No. **xxxx110-7** **Creditor #: 4** Florida Dept of Revenue Attn: Managing Agent 5050 West Tennessee Street Tallahassee, FL 32399-0100 | X | H | 2007 Unemployment Tax Guarantor/obligor for Frady Tree Svcs., Inc. See: 07-50511; MDNC | | | | Unknown **177.00** | **Unknown** | **Unknown** |
| Account No. **xx-xxx8278** **Creditor #: 5** Internal Revenue Service PO Box 21126 Philadelphia, PA 19114-0326 | X | H | 2005 to 2007 Guarantor/obligor for Frady Tree Svcs., Inc. See: 07-50511; MDNC | | | | Unknown **132,076.41** | **Unknown** | **Unknown** |

Sheet __1__ of __2__ continuation sheets attached to  
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal  
(Total of this page)

| | |
|---|---|
| **0.00** | |
| **132,779.89** | **0.00** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com   Best Case Bankruptcy

In re **Kelly Scott Frady,**
     **Tanya Renee Carrick Frady**

Case No. ___**10-51653**___

_____, Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | | |
| Account No. **Creditor #: 6 NC Div of Motor Vehicles Attn: Managing Agent 3148 Mail Service Center Raleigh, NC 27699-3101** | H | | | | Guarantor/obligor for Frady Tree Svcs., Inc. See: 07-50511; MDNC | | | | Unknown | Unknown | Unknown |
| Account No. **Creditor #: 7 NC Employment Security Comm. Attn: Managing Agent PO Box 25903 Raleigh, NC 27611-5903** | H | | | | Guarantor/obligor for Frady Tree Svcs., Inc. See: 07-50511; MDNC | | | | Unknown | Unknown | Unknown |
| Account No. **xxxx1681** **Creditor #: 8 North Carolina Department of Revenue Attn: Bankruptcy Dept PO Box 1168 Raleigh, NC 27602-1168** | J | | | | 2006 Guarantor/obligor for Frady Tree Svcs., Inc. See: 07-50511; MDNC | | | | Unknown | 86.00 | Unknown |
| Account No. **Creditor #: 9 North Carolina Department of Revenue c/o Reginald S. Hinton PO Box 25000 Raleigh, NC 27640-5000** | J | | | | Notice Only | | | | Unknown | Unknown | 0.00 |
| Account No. | | | | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | | |
|---|---|---|---|
| Subtotal (Total of this page) | 0.00 | | |
| | 86.00 | | 0.00 |
| Total (Report on Summary of Schedules) | 0.00 | | |
| | 132,865.89 | | 0.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com     Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

| In re | Kelly Scott Frady, | Case No. | 10-51653 |
|---|---|---|---|
| | Tanya Renee Carrick Frady | | |

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| **Account No.** | | | | | Possible liability regarding business debt for Frady Tree Svcs., Inc. See: 07-50511; MDNC | | | | |
| **Creditor #: 1** A-Bear Refrigeration, Inc. Attn: Managing Agent 288 Plantation Hill Road Gulf Breeze, FL 32561-4860 | | H | | | | | | | |
| | | | | | | | | | **Unknown** |
| **Account No.** | | | | | Possible liability regarding business debt for Frady Tree Svcs., Inc. See: 07-50511; MDNC | | | | |
| **Creditor #: 2** ADT Security Services, Inc. Attn: Managing Agent PO Box 371967 Pittsburgh, PA 15250 | | H | | | | | | | |
| | | | | | | | | | **Unknown** |
| **Account No. xxxxxxxx8000** | | | | | 11/2003 Commerical Installment Loan Business debt for Frady Tree Svcs., Inc. See: 07-50511; MDNC | | | | |
| **Creditor #: 3** Agricredit Aceptance LLC Attn: Managing Agent PO Box 14535 Johnston, IA 50131 | | H | | | | | | | |
| | | | | | | | | | **109,310.00** |
| **Account No.** | | | | | Possible liability regarding business debt for Frady Tree Svcs., Inc. See: 07-50511; MDNC | | | | |
| **Creditor #: 4** Altec Industries, Inc. Attn: Managing Agent PO Box 11407 Birmingham, AL 35246 | | H | | | | | | | |
| | | | | | | | | | **Unknown** |

___16___ continuation sheets attached

| Subtotal (Total of this page) | 109,310.00 |
|---|---|

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    S/N:38304-100831    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Kelly Scott Frady,**          Case No. **10-51653**
        **Tanya Renee Carrick Frady**

_____ ,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx0123<br><br>Creditor #: 5<br>American Express<br>c/o Becket and Lee<br>PO Box 3001<br>Malvern, PA 19355 | | H | 08/2000<br>Credit Card Account<br>Business debt for Frady Tree Svcs., Inc.<br>See: 07-50511; MDNC | | | | Unknown |
| Account No.<br><br>Creditor #: 6<br>American Interstate Insurance<br>Attn: Managing Agent<br>2301 Hwy 190 West<br>Deridder, LA 70634-6006 | | H | Possible liability regarding business debt for Frady Tree Svcs., Inc.<br>See: 07-50511; MDNC | | | | Unknown |
| Account No. xxxx-xxxx-xxxx-3636<br><br>Creditor #: 7<br>AT&T Universal Card<br>Attn: Managing Agent<br>PO Box 6500<br>Sioux Falls, SD 57117-6500 | | W | Credit Card Account | | | | 1,152.00 |
| Account No. xxxx-xxxx-xxxx-1634<br><br>Creditor #: 8<br>Bank of America<br>Attn: Managing Agent<br>PO Box 15026<br>Wilmington, DE 19850-5026 | | J | 04/2006<br>Credit Card Account | | | | 13,128.00 |
| Account No. xxxx-xxxx-xxxx-8144<br><br>Creditor #: 9<br>Bank of America<br>Attn: Managing Agent<br>PO Box 15480<br>Wilmington, DE 19850-5026 | | H | Possible liability regarding business debt for Frady Tree Svcs., Inc.<br>See: 07-50511; MDNC | | | | Unknown |

Sheet no. **1** of **16** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **14,280.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Kelly Scott Frady,**                      Case No.   **10-51653**
       **Tanya Renee Carrick Frady**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-4091** | | | 04/2006 | | | | |
| **Creditor #: 10**<br>**Bank of America**<br>**Attn: Managing Agent**<br>**PO Box 15026**<br>**Wilmington, DE 19850-5026** | | J | **Credit Card Account** | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-6049** | | | 12/1997 | | | | |
| **Creditor #: 11**<br>**Bank of America**<br>**Attn: Managing Agent**<br>**PO Box 15026**<br>**Wilmington, DE 19850-5026** | | J | **Credit Card Account** | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-9078** | | | **Possible liability regarding business debt for Frady Tree Svcs., Inc. See: 07-50511; MDNC** | | | | |
| **Creditor #: 12**<br>**BB&T**<br>**Attn: Bankrutpcy Dept.**<br>**Mail Code: 100-50-01-51**<br>**PO Box 1847**<br>**Wilson, NC 27894** | | H | | | | | **Unknown** |
| Account No. | | | **Possible liability regarding business debt for Frady Tree Svcs., Inc. See: 07-50511; MDNC** | | | | |
| **Creditor #: 13**<br>**Bell South Adv. & Pub. Corp.**<br>**Attn: Managing Agent**<br>**PO Box 70993**<br>**Charlotte, NC 28272** | | H | | | | | **Unknown** |
| Account No. | | | 07/2007 | | | | |
| **Creditor #: 14**<br>**BlueGreen Corp.**<br>**Attn: Managing Agent**<br>**4960 Conference Way N.**<br>**Boca Raton, FL 33431** | | J | **Timeshare Foreclosed in 2008** | | | | **9,260.00** |

Sheet no. __2__ of __16__ sheets attached to Schedule of               Subtotal
Creditors Holding Unsecured Nonpriority Claims            (Total of this page)    **9,260.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com         Best Case Bankruptcy

In re  **Kelly Scott Frady,**
       **Tanya Renee Carrick Frady**

Case No. ____**10-51653**____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxxx1757** | | | | | 10/1996 Merchant Charge Card | | | | |
| Creditor #: 15 BP Oil/Citibank SD Attn: Managing Agent PO Box 6497 Sioux Falls, SD 57117-6497 | | | J | | | | | | Unknown |
| Account No. **xxxx-xxxx-xxxx-3218** | | | | | 08/2007 Collection Orig: Chase Bank USA, NA Credit Card Account | | | | |
| Creditor #: 16 Capital Management Services Attn: Managing Agent 726 Exchange St, # 700 Buffalo, NY 14210 | | | W | | | | | | 6,906.00 |
| Account No. | | | | | Additional Notice: Capital Management Services | | | | |
| Chase Attn: Bankruptcy Dept PO Box 15298 Wilmington, DE 19850-5298 | | | | | | | | | Notice Only |
| Account No. **xxxx-xxxx-xxxx-2236** | | | | | 07/2003 Credit Card Account | | | | |
| Creditor #: 17 Capital One Bank Attn: Managing Agent PO Box 30281 Salt Lake City, UT 84130-0281 | | | J | | | | | | Unknown |
| Account No. | | | | | Possible liability regarding business debt for Frady Tree Svcs., Inc. See: 07-50511; MDNC | | | | |
| Creditor #: 18 Carol R. Morris, Licensed Comm. Attn: Managing Agent 3925-F Michael Blvd. Mobile, AL 36616 | | | H | | | | | | Unknown |

Sheet no. __**3**___ of __**16**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,906.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kelly Scott Frady,**    Case No.    **10-51653**
       **Tanya Renee Carrick Frady**

_____,
                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxx-xxxx-xxxx-6228** | | | | | **02/2001** **Credit Card Account** | | | | |
| **Creditor #: 19** **CCSMC Spectrum/CBSD** **Attn: Managing Agent** **PO Box 6497** **Sioux Falls, SD 57117-6497** | | | J | | | | | | **Unknown** |
| Account No. | | | | | **Additional Notice:** **CCSMC Spectrum/CBSD** | | | | |
| **Prism/Citibank** **Attn: Managing Agent** **PO Box 6497** **Sioux Falls, SD 57117** | | | | | | | | | **Notice Only** |
| Account No. | | | | | **Possible liability regarding business debt for Frady Tree Svcs., Inc.** **See: 07-50511; MDNC** | | | | |
| **Creditor #: 20** **Cemex** **Attn: Managing Agent** **PO Box 277500** **Atlanta, GA 30384-7500** | | H | | | | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-3636** | | | | | **12/1997** **Credit Card Account** | | | | |
| **Creditor #: 21** **Citi/CBSD NA** **Attn: Managing Agent** **PO Box 6497** **Sioux Falls, SD 57117-6497** | | | W | | | | | | **1,184.00** |
| Account No. | | | | | **Possible liability regarding business debt for Frady Tree Svcs., Inc.** **See: 07-50511; MDNC** | | | | |
| **Creditor #: 22** **City Transfer** **Attn: Managing Agent** **PO Box 2122** **High Point, NC 27261** | | H | | | | | | | **Unknown** |

Sheet no. __**4**__ of __**16**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,184.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

In re   **Kelly Scott Frady,**
        **Tanya Renee Carrick Frady**

Case No. ___**10-51653**___

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **23**<br>**Creditor #: 23**<br>**Companion Property & Casualty**<br>**Attn: Managing Agent**<br>**PO Box 100165**<br>**Columbia, SC 29202** | | H | Possible liability regarding business debt for Frady Tree Svcs., Inc. See: 07-50511; MDNC | | | | Unknown |
| Account No.<br>**Creditor #: 24**<br>**Country Wide Service, Inc.**<br>**Attn: Managing Agent**<br>**PO Box 3**<br>**Spencer, NC 28159** | | H | Possible liability regarding business debt for Frady Tree Svcs., Inc. See: 07-50511; MDNC | | | | Unknown |
| Account No.<br>**Creditor #: 25**<br>**Credit Bureau**<br>**Attn: Managing Agent**<br>**PO Box 26140**<br>**Greensboro, NC 27402** | | H | Possible liability regarding business debt for Frady Tree Svcs., Inc. See: 07-50511; MDNC | | | | Unknown |
| Account No.<br>**Creditor #: 26**<br>**Data Service Radiology**<br>**Attn: Managing Agent**<br>**120 Innwood Drive**<br>**Covington, LA 70433-7159** | | H | Possible liability regarding business debt for Frady Tree Svcs., Inc. See: 07-50511; MDNC | | | | Unknown |
| Account No.<br>**Creditor #: 27**<br>**Diamond Springs**<br>**Attn: Managing Agent**<br>**PO Box 38668**<br>**Richmond, VA 23231** | | H | Possible liability regarding business debt for Frady Tree Svcs., Inc. See: 07-50511; MDNC | | | | Unknown |

Sheet no. _**5**___ of __**16**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **0.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

In re  **Kelly Scott Frady,**
       **Tanya Renee Carrick Frady**

Case No.  **10-51653**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxx-xxxx-xxxx-7376** | | | | | 08/1988 Credit Card Account | | | | |
| Creditor #: 28 Discover Bank Attn: Managing Agent PO Box 30943 Salt Lake City, UT 84130 | | W | | | | | | | 6,366.00 |
| Account No. | | | | | Additional Notice: Discover Bank | | | | |
| Discover Financial Svcs LLC Attn: Managing Agent PO Box 15316 Wilmington, DE 19850-5316 | | | | | | | | | Notice Only |
| Account No. | | | | | Possible liability regarding business debt for Frady Tree Svcs., Inc. See: 07-50511; MDNC | | | | |
| Creditor #: 29 Domain Registry of America Attn: Managing Agent 2316 Delaware Ave, # 266 Buffalo, NY 14216-2687 | | H | | | | | | | Unknown |
| Account No. **xxxxx4164** | | | | | 06/2009 Unsecured Installment Loan "HomeSaver Advance" | | | | |
| Creditor #: 30 Dyck-ONeal, Inc. Attn: Managing Agent 15301 Spectrum Drive, # 450 Addison, TX 75001-6436 | | J | | | | | | | 5,906.00 |
| Account No. | | | | | Possible liability regarding business debt for Frady Tree Svcs., Inc. See: 07-50511; MDNC | | | | |
| Creditor #: 31 ECUA Attn: Managing Agent 9255 Sturdevant Street Pensacola, FL 32514 | | H | | | | | | | Unknown |

Sheet no. __6__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**12,272.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Kelly Scott Frady,**
      **Tanya Renee Carrick Frady**

Case No.   **10-51653**

                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxx1037**<br><br>**Creditor #: 32**<br>**EMP of Davidson County PLLC**<br>**Attn: Managing Agent**<br>**4535 Dressler Road NW**<br>**Canton, OH 44718** | | H | | **06/2010**<br>**Medical Services** | | | | **52.00** |
| Account No.<br><br>**Creditor #: 33**<br>**Fidelity Bank**<br>**Attn: Managing Agent**<br>**PO Box 1469**<br>**Fuquay Varina, NC 27526-1469** | | H | | **Possible liability regarding business debt for Frady Tree Svcs., Inc.**<br>**See: 07-50511; MDNC** | | | | **Unknown** |
| Account No.<br><br>**Creditor #: 34**<br>**First Citizens Bank**<br>**c/o James Livermon, III**<br>**PO Box 353**<br>**Rocky Mount, NC 27802-0353** | | H | | **Possible liability regarding business debt for Frady Tree Svcs., Inc.**<br>**See: 07-50511; MDNC** | | | | **Unknown** |
| Account No.<br><br>**Creditor #: 35**<br>**First Citizens Bank**<br>**Attn: Managing Agent**<br>**PO Box 29514**<br>**Raleigh, NC 27626-0514** | | H | | **Possible liability regarding business debt for Frady Tree Svcs., Inc.**<br>**See: 07-50511; MDNC** | | | | **Unknown** |
| Account No. **xxxx8100**<br><br>**Creditor #: 36**<br>**Firstsource Advantage**<br>**Attn: Managing Agent**<br>**205 Bryant Woods South**<br>**Amherst, NY 14228** | X | J | | **Collection**<br>**Orig: Capital One Bank, NA** | | | | **Unknown** |

Sheet no.  **7**  of  **16**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**52.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Kelly Scott Frady,**                    Case No.    **10-51653**
     **Tanya Renee Carrick Frady**

Debtors

<h1 align="center">SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS</h1>
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Creditor #: 37**<br>**Fleet Bank of America**<br>**Attn: Managing Agent**<br>**PO Box 60073**<br>**City of Industry, CA 91716-0073** | | H | **Possible liability regarding business debt for Frady Tree Svcs., Inc.**<br>**See: 07-50511; MDNC** | | | | **Unknown** |
| Account No.<br><br>**Creditor #: 38**<br>**Ford Credit**<br>**Attn: Managing Agent**<br>**PO Box 105697**<br>**Atlanta, GA 30348** | | H | **Possible liability regarding business debt for Frady Tree Svcs., Inc.**<br>**See: 07-50511; MDNC** | | | | **Unknown** |
| Account No.<br><br>**Ford Motor Credit Company, LLC**<br>**Attn: Managing Agent**<br>**PO Box 542000**<br>**Omaha, NE 68154** | | | **Additional Notice:**<br>**Ford Credit** | | | | **Notice Only** |
| Account No.<br><br>**Creditor #: 39**<br>**Foster Tire Sales**<br>**Attn: Managing Agent**<br>**PO Box 823**<br>**Lexington, NC 27292** | | H | **Possible liability regarding business debt for Frady Tree Svcs., Inc.**<br>**See: 07-50511; MDNC** | | | | **Unknown** |
| Account No. **xxxxxxxxxxx6372**<br><br>**Creditor #: 40**<br>**GEMB/Lowes**<br>**Attn: Bankruptcy Dept.**<br>**PO Box 103104**<br>**Roswell, GA 30076** | | H | **10/1987**<br>**Merchant Charge Card** | | | | **Unknown** |

Sheet no. __**8**__ of __**16**__ sheets attached to Schedule of         Subtotal
Creditors Holding Unsecured Nonpriority Claims        (Total of this page)    **0.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kelly Scott Frady,**                                      Case No.   **10-51653**
        **Tanya Renee Carrick Frady**
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **xxxxxxx2592** <br><br> **Creditor #: 41** <br> **GMAC** <br> **Attn: Managing Agent** <br> **PO Box 380901** <br> **Bloomington, MN 55438-0901** | | H | | | **04/2003** <br> **Vehicle Loan** <br> **Business debt for Frady Tree Svcs., Inc.** <br> **See: 07-50511; MDNC** | | | | **Unknown** |
| Account No. **xxxxxxx9758** <br><br> **Creditor #: 42** <br> **GMAC** <br> **Attn: Managing Agent** <br> **PO Box 380901** <br> **Bloomington, MN 55438-0901** | | | J | | **05/2003** <br> **Vehicle Loan** <br> **Business debt for Frady Tree Svcs., Inc.** <br> **See: 07-50511; MDNC** | | | | **Unknown** |
| Account No. <br><br> **Creditor #: 43** <br> **Greensboro News & Record** <br> **Attn: Managing Agent** <br> **200 East Market Street** <br> **Greensboro, NC 27401** | | H | | | **Possible liability regarding business debt for Frady Tree Svcs., Inc.** <br> **See: 07-50511; MDNC** | | | | **Unknown** |
| Account No. <br><br> **Creditor #: 44** <br> **Home Depot Credit Services** <br> **Attn: Managing Agent** <br> **PO Box 653000** <br> **Dallas, TX 75265-3000** | | H | | | **Possible liability regarding business debt for Frady Tree Svcs., Inc.** <br> **See: 07-50511; MDNC** | | | | **Unknown** |
| Account No. **xxxxxxxxxxx1190** <br><br> **Creditor #: 45** <br> **HSBC Rodes** <br> **Attn: Managing Agent** <br> **PO Box 5253** <br> **Carol Stream, IL 60197** | | | J | | **11/1997** <br> **Revolving Account** | | | | **Unknown** |

Sheet no. __9__ of __16__ sheets attached to Schedule of                    Subtotal                     **0.00**
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re    **Kelly Scott Frady,**
        **Tanya Renee Carrick Frady**

Case No.    **10-51653**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Creditor #: 46** **Hutchens Petroleum** **Attn: Managing Agent** **PO Box 272** **Stuart, VA 24171** | | H | | | Possible liability regarding business debt for Frady Tree Svcs., Inc. See: 07-50511; MDNC | | | | Unknown |
| Account No. **Creditor #: 47** **Ingersoll-Rand Company** **Attn: Managing Agent** **PO Box 75817** **Charlotte, NC 28275** | | H | | | Possible liability regarding business debt for Frady Tree Svcs., Inc. See: 07-50511; MDNC | | | | Unknown |
| Account No. **Creditor #: 48** **John Deere Credit** **Attn: Managing Agent** **PO Box 4450** **Carol Stream, IL 60197-4450** | | H | | | Possible liability regarding business debt for Frady Tree Svcs., Inc. See: 07-50511; MDNC | | | | Unknown |
| Account No. **Creditor #: 49** **Labor Source of Pensacola** **Attn: Managing Agent** **43 W. Nine Mile Road** **Pensacola, FL 32534** | | H | | | Possible liability regarding business debt for Frady Tree Svcs., Inc. See: 07-50511; MDNC | | | | Unknown |
| Account No. **Creditor #: 50** **Lakeview Regional Med. Ctr.** **Attn: Managing Agent** **PO Box 402840** **Atlanta, GA 30384-2840** | | H | | | Possible liability regarding business debt for Frady Tree Svcs., Inc. See: 07-50511; MDNC | | | | Unknown |

Sheet no. **10** of **16** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal    **0.00**
(Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Kelly Scott Frady,**
　　　　**Tanya Renee Carrick Frady**
_____,
Case No. **10-51653**
_____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| Account No. **xx1585** | | | | | | **06/2010** **Medical Services** | | | | |
| **Creditor #: 51** **Lexington Diagnostic** **Attn: Managing Agent** **PO Box 5007** **High Point, NC 27262** | J | | | | | | | | | 67.00 |
| Account No. **xxxxxx0013** | | | | | | **06/19/10** **Medical Services** | | | | |
| **Creditor #: 52** **Lexington Memorial Hospital** **Attn: Managing Agent** **PO Box 1817** **Lexington, NC 27293-1817** | H | | | | | | | | | 721.00 |
| Account No. | | | | | | **Possible liability regarding business debt for Frady Tree Svcs., Inc. See: 07-50511; MDNC** | | | | |
| **Creditor #: 53** **Lexington Mower** **Attn: Managing Agent** **555 Central Avenue** **Lexington, NC 27292** | H | | | | | | | | | Unknown |
| Account No. | | | | | | **Possible liability regarding business debt for Frady Tree Svcs., Inc. See: 07-50511; MDNC** | | | | |
| **Creditor #: 54** **Lexington Shell** **Attn: Managing Agent** **2210 South Main Street** **Lexington, NC 27292** | H | | | | | | | | | Unknown |
| Account No. | | | | | | **Possible liability regarding business debt for Frady Tree Svcs., Inc. See: 07-50511; MDNC** | | | | |
| **Creditor #: 55** **NCDA** **Attn: Managing Agent** **1090 Mail Service Center** **Raleigh, NC 27699-1090** | H | | | | | | | | | Unknown |

Sheet no. __11__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　788.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

In re    **Kelly Scott Frady,**
       **Tanya Renee Carrick Frady**

Case No.    **10-51653**

_____ ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **07-CVS-1049**<br><br>**Creditor #: 56**<br>**NewBridge Bank**<br>**Attn: Managing Agent**<br>**PO Box 867**<br>**Lexington, NC 27293-0867** | X | J | **2007**<br>**Pending Lawsuit:**<br>**Lexington State Bank v. Frady Tree Service, Inc., Tanya C. Frady, Kelly S. Frady, & Ralph E. Carrick**<br>**Superior Court Div., Davidson County** | | | X | **803,904.23** |
| Account No.<br><br>**NewBridge Bank**<br>**Attn: Brinkley S. Hunt, Esq.**<br>**Brinkley Walser, PLLC**<br>**PO Box 1657**<br>**Lexington, NC 27293-1657** | | | **Additional Notice:**<br>**NewBridge Bank** | | | | **Notice Only** |
| Account No. **xxxx8038**<br><br>**Creditor #: 57**<br>**Oxford Management Services**<br>**Attn: Managing Agent**<br>**CS9018**<br>**Melville, NY 11747** | | J | **Collection**<br>**Orig: Citibank (SD) NA/Gateway** | | | | **Unknown** |
| Account No.<br><br>**Creditor #: 58**<br>**Raleigh Radiology Assoc.**<br>**Attn: Managing Agent**<br>**PO Box 12408**<br>**Roanoke, VA 24025-2408** | | H | **Possible liability regarding business debt for Frady Tree Svcs., Inc.**<br>**See: 07-50511; MDNC** | | | | **Unknown** |
| Account No.<br><br>**Creditor #: 59**<br>**Rapid Management Co. DIP**<br>**Attn: Managing Agent**<br>**10350 Cove Avenue**<br>**Pensacola, FL 32534-1140** | | H | **Possible liability regarding business debt for Frady Tree Svcs., Inc.**<br>**See: 07-50511; MDNC** | | | | **Unknown** |

Sheet no. __**12**__ of __**16**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**803,904.23**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

In re **Kelly Scott Frady,**        Case No. **10-51653**

**Tanya Renee Carrick Frady**

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> Creditor #: 60 <br> Ripple Oil Company, Inc. <br> Attn: Managing Agent <br> PO Box 59 <br> Welcome, NC 27374 | | H | Possible liability regarding business debt for Frady Tree Svcs., Inc. <br> See: 07-50511; MDNC | | | | Unknown |
| Account No. <br> Creditor #: 61 <br> Safelight Program <br> Attn: Managing Agent <br> PO Box 28448 <br> Raleigh, NC 27611-8448 | | H | Possible liability regarding business debt for Frady Tree Svcs., Inc. <br> See: 07-50511; MDNC | | | | Unknown |
| Account No. xxxx-xxxx-xxxx-4839 <br> Creditor #: 62 <br> Sears/CBSD <br> Attn: Managing Agent <br> PO Box 6283 <br> Sioux Falls, SD 57117-6283 | | W | 12/2005 <br> Merchant Charge Account | | | | 1,058.00 |
| Account No. <br> Creditor #: 63 <br> Sprint <br> Attn: Bankruptcy <br> PO Box 8077 <br> London, KY 40742 | | H | Possible liability regarding business debt for Frady Tree Svcs., Inc. <br> See: 07-50511; MDNC | | | | Unknown |
| Account No. <br> Creditor #: 64 <br> St. Paul Fire & Marine Ins. Co. <br> Attn: Managing Agent <br> 385 Washington Street <br> Saint Paul, MN 55102 | | H | Possible liability regarding business debt for Frady Tree Svcs., Inc. <br> See: 07-50511; MDNC | | | | Unknown |

Sheet no. **13** of **16** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal    (Total of this page)      **1,058.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com      Best Case Bankruptcy

In re   **Kelly Scott Frady,**                                           Case No.     **10-51653**

        **Tanya Renee Carrick Frady**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Creditor #: 65**<br>**Terex**<br>**Attn: Managing Agent**<br>**12210 Collections Center Dr.**<br>**Chicago, IL 60693** | | H | **Possible liability regarding business debt for Frady Tree Svcs., Inc.**<br>**See: 07-50511; MDNC** | | | | **Unknown** |
| Account No.<br><br>**Creditor #: 66**<br>**The Hartford**<br>**Attn: Managing Agent**<br>**PO Box 2907**<br>**New Hartford, NY 13413** | | H | **Possible liability regarding business debt for Frady Tree Svcs., Inc.**<br>**See: 07-50511; MDNC** | | | | **Unknown** |
| Account No. **xxxx4820**<br><br>**Creditor #: 67**<br>**Triad Water HOD, LLC**<br>**Attn: Managing Agent**<br>**PO Box 601909**<br>**Charlotte, NC 28260-1909** | | J | **2007**<br>**Possible liability regarding business debt for Frady Tree Svcs., Inc.**<br>**See: 07-50511; MDNC** | | | | **88.40** |
| Account No.<br><br>**Creditor #: 68**<br>**US Inspection & Testing Svcs.**<br>**Attn: Managing Agent**<br>**PO Box 38144**<br>**Birmingham, AL 35238** | | H | **Possible liability regarding business debt for Frady Tree Svcs., Inc.**<br>**See: 07-50511; MDNC** | | | | **Unknown** |
| Account No.<br><br>**Creditor #: 69**<br>**Vermeer Alabama, Inc.**<br>**Attn: Managing Agent**<br>**2950 Pinson Valley Parkway**<br>**Birmingham, AL 35217** | | H | **Possible liability regarding business debt for Frady Tree Svcs., Inc.**<br>**See: 07-50511; MDNC** | | | | **Unknown** |

Sheet no. __**14**__ of __**16**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)         **88.40**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                      Best Case Bankruptcy

In re   **Kelly Scott Frady,**
        **Tanya Renee Carrick Frady**

Case No. ___**10-51653**___

_____,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxx2127** | | | | **06/2006** | | | | |
| **Creditor #: 70** **Wachovia Bank** **Attn: Dealer Financial Services** **PO Box 101719** **Atlanta, GA 30392** | | H | | **Possible liability regarding business debt for Frady Tree Svcs., Inc.** **See: 07-50511; MDNC** | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Wachovia Bank, NA** **Dealer Financial Services** **PO Box 3117** **Winston-Salem, NC 27102** | | | | **Additional Notice:** **Wachovia Bank** | | | | **Notice Only** |
| Account No. | | | | **Possible liability regarding business debt for Frady Tree Svcs., Inc.** | | | | |
| **Creditor #: 71** **WakeMed** **Attn: Managing Agent** **PO Box 751847** **Charlotte, NC 28275-1847** | | H | | **See: 07-50511; MDNC** | | | | **Unknown** |
| Account No. **2288** | | | | **Possible liability regarding business debt for Frady Tree Svcs., Inc.** | | | | |
| **Creditor #: 72** **Wat-R-Boy Purification Systems** **Attn: Managing Agent** **PO Box 26634** **Winston Salem, NC 27114** | | H | | **See: 07-50511; MDNC** | | | | **Unknown** |
| Account No. | | | | **Possible liability regarding business debt for Frady Tree Svcs., Inc.** | | | | |
| **Creditor #: 73** **West Florida Hospital** **Attn: Managing Agent** **PO Box 402845** **Atlanta, GA 30384-2845** | | H | | **See: 07-50511; MDNC** | | | | **Unknown** |

Sheet no. __**15**__ of __**16**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kelly Scott Frady,**
**Tanya Renee Carrick Frady**

Case No. _____**10-51653**_____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.  **74**<br>**Creditor #: 74**<br>**Western Finance & Lease**<br>**Attn: Managing Agent**<br>**420 College Drive South**<br>**Devils Lake, ND 58301-0640** | | H | | | **Possible liability regarding business debt for Frady Tree Svcs., Inc.**<br>**See: 07-50511; MDNC** | | | | **Unknown** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet no. __**16**__ of __**16**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Total
(Report on Summary of Schedules)

**959,102.63**

B6G (Official Form 6G) (12/07)

In re **Kelly Scott Frady,**        Case No.   **10-51653**
     **Tanya Renee Carrick Frady**

_____,
Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re  **Kelly Scott Frady,**                                              Case No.  __10-51653__
      **Tanya Renee Carrick Frady**
_____,
                          Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Frady Tree Service, Inc.**<br>  **No longer doing business** | **Firstsource Advantage**<br>**Attn: Managing Agent**<br>**205 Bryant Woods South**<br>**Amherst, NY 14228** |
| **Johnny Bennett Brown**<br>**1815 Chestnut Drive**<br>**High Point, NC 27262**<br>  **General Partner w/Debtor (H)**<br>**Arbour Touch Landscaping** | **Key Risk Mgmt Services, Inc.**<br>**Attn: Gerald Groon, Esq.**<br>**Smith Debnam Narron**<br>**PO Box 26268**<br>**Raleigh, NC 27611-6268** |
| **Johnny Bennett Brown**<br>**1815 Chestnut Drive**<br>**High Point, NC 27262**<br>  **General Partner w/Debtor (H)**<br>**Arbour Touch Landscaping** | **Berkley Risk Administrators, LLC**<br>**c/o Gerald Groon, Esq.**<br>**Smith Debnam Narron**<br>**PO Box 26268**<br>**Raleigh, NC 27611-6268** |
| **Johnny Bennett Brown**<br>**1815 Chestnut Drive**<br>**High Point, NC 27262** | **Florida Dept of Revenue**<br>**Attn: Managing Agent**<br>**5050 West Tennessee Street**<br>**Tallahassee, FL 32399-0100** |
| **Johnny Bennett Brown**<br>**1815 Chestnut Drive**<br>**High Point, NC 27262** | **Internal Revenue Service**<br>**PO Box 21126**<br>**Philadelphia, PA 19114-0326** |
| **Ralph Earl Carrick**<br>**253 West 6th Street**<br>**Lexington, NC 27292**<br>  **Debtor's (W) father** | **NewBridge Bank**<br>**Attn: Managing Agent**<br>**PO Box 867**<br>**Lexington, NC 27293-0867** |
| **Ralph Earl Carrick**<br>**253 West 6th Street**<br>**Lexington, NC 27292** | **Bank of North Carolina**<br>**Attn: Managing Agent**<br>**1226 Eastchester Drive**<br>**High Point, NC 27265** |
| **Ralph Earl Carrick**<br>**253 West 6th Street**<br>**Lexington, NC 27292** | **Bank of North Carolina**<br>**Attn: Managing Agent**<br>**1226 Eastchester Drive**<br>**High Point, NC 27265** |

**0**
____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                              Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re **Kelly Scott Frady**
**Tanya Renee Carrick Frady**      Case No. **10-51653**

Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Daughter** | AGE(S):<br>**14** |

| Employment:* | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Arborist** | **Teacher** |
| Name of Employer | **HRF Enterprises, LLC** | **Davidson County Schools** |
| How long employed | **3+ years** | **3+ years** |
| Address of Employer | **1001 E. WT Harris Blvd.**<br>**Suite P241**<br>**Charlotte, NC 28213** | **PO Box 2057**<br>**Lexington, NC 27293-2057** |
| *See Attachment for Additional Employment Information | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 1,933.33 | $ 4,085.33 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 1,933.33 | $ 4,085.33 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ 215.23 | $ 359.00 |
|    b. Insurance | $ 0.00 | $ 9.00 |
|    c. Union dues | $ 0.00 | $ 0.00 |
|    d. Other (Specify):   **Mandatory Retirement** | $ 0.00 | $ 208.80 |
|        **Health Insurance** | $ 0.00 | $ 462.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 215.23 | $ 1,038.80 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 1,718.10 | $ 3,046.53 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance | | |
| (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income | | |
| (Specify):   **HRF Enterpises, LLC** | $ 0.00 | $ 667.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 667.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 1,718.10 | $ 3,713.53 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ 5,431.63 |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**B6I (Official Form 6I) (12/07)**

In re    **Kelly Scott Frady**
**Tanya Renee Carrick Frady**           Case No.    **10-51653**

Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Attachment for Additional Employment Information

| Spouse | | |
|---|---|---|
| Occupation | **Majority Member (51%)** | |
| Name of Employer | **HRF Enterprises, LLC** | |
| How long employed | **3 years** | |
| Address of Employer | **dba Frady Tree Care**<br>**1001 E. WT Harris Blvd.**<br>**Suite P241**<br>**Charlotte, NC 28213** | |

B6J (Official Form 6J) (12/07)

In re    **Kelly Scott Frady**
        **Tanya Renee Carrick Frady**                                    Case No.    **10-51653**
                                        Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|--:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,157.34 |
|    a. Are real estate taxes included?    Yes **X**    No ___ | | |
|    b. Is property insurance included?    Yes **X**    No ___ | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 350.00 |
|            b. Water and sewer | $ | 60.00 |
|            c. Telephone | $ | 0.00 |
|            d. Other  **Cable TV** | $ | 100.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 800.00 |
| 5. Clothing | $ | 60.00 |
| 6. Laundry and dry cleaning | $ | 25.00 |
| 7. Medical and dental expenses | $ | 25.00 |
| 8. Transportation (not including car payments) | $ | 325.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 120.00 |
| 10. Charitable contributions | $ | 800.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|            a. Homeowner's or renter's | $ | 0.00 |
|            b. Life | $ | 0.00 |
|            c. Health | $ | 0.00 |
|            d. Auto | $ | 80.00 |
|            e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|    (Specify)  **Property Taxes** | $ | 62.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|            a. Auto | $ | 638.00 |
|            b. Other  **HELOC Payment** | $ | 375.00 |
|            c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  **See Detailed Expense Attachment** | $ | 301.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 5,378.34 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
    **Possible increase in medical/dental expenses Debtor (W) and dependent.**

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|--:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 5,431.63 |
| b.   Average monthly expenses from Line 18 above | $ | 5,378.34 |
| c.   Monthly net income (a. minus b.) | $ | 53.29 |

**B6J (Official Form 6J) (12/07)**

In re    **Kelly Scott Frady**
       **Tanya Renee Carrick Frady**                        Case No.    **10-51653**

                      Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
## Detailed Expense Attachment

**Other Expenditures:**

| | | |
|---|---|---:|
| School Expenses | $ | 100.00 |
| Veternarian/Feed/Pet Food | $ | 100.00 |
| Withholding (Debtor-W)--HRF Enterprises | $ | 51.00 |
| Grooming | $ | 50.00 |
| **Total Other Expenditures** | $ | **301.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Middle District of North Carolina

In re    **Kelly Scott Frady**
       **Tanya Renee Carrick Frady**        Case No.    **10-51653**
                                   Debtor(s)        Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **45**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **September 13, 2010**        Signature    **/s/ Kelly Scott Frady**
                                                      **Kelly Scott Frady**
                                                      Debtor

Date    **September 13, 2010**        Signature    **/s/ Tanya Renee Carrick Frady**
                                                        **Tanya Renee Carrick Frady**
                                                           Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Middle District of North Carolina

In re    **Kelly Scott Frady**
**Tanya Renee Carrick Frady**
                Debtor(s)

Case No.    **10-51653**

Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None   ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $14,500.00 | 2010 Employment (H-HRF Enterprises, LLC) |
| $31,472.00 | 2010 Employment (W-Davidson County Schools) |
| $5,000.00 | 2010 Employment (W-HRF Enterprises, LLC) |
| $30,150.00 | 2009 Employment (H-HRF Enterprises, LLC) |
| $450.00 | 2009 Employment (H-Allstates Employer Svcs, Inc.) |
| $43,337.00 | 2009 Employment (W-Davidson County Schools) |
| $14,400.00 | 2009 Employment (W-HRF Enterprises, LLC) |
| $46,945.00 | 2008 Employment (H-HRF Enterprises, LLC) |
| $43,838.05 | 2008 Employment (W-Davidson County Schools) |

| AMOUNT | SOURCE |
|--------|--------|
| $22,214.00 | 2007 Employment (H-Frady Tree Svcs. Inc.) |
| $7,363.00 | 2007 Employment (H-HRF Enterprises, LLC) |
| $16,201.00 | 2007 Employment (W-Davidson County Schools) |
| $4,506.00 | 2007 Employment (W-Winston-Salem/Forsyth County Schools) |
| $12,364.00 | 2007 Employment (W-Frady Tree Svcs., Inc.) |
| $4,000.00 | 2007 Employment (W-HRF Enterprises, LLC) |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                           SOURCE

**3. Payments to creditors**

None
■

***Complete a. or b., as appropriate, and c.***

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Bank of America Home Loans Attn: Bankruptcy PO Box 5170 Simi Valley, CA 93062-5170** | **Regular monthly payments** | **$0.00** | **$0.00** |
| **Bank of America, NA Attn: Managing Agent PO Box 21848 Greensboro, NC 27420-1848** | **Regular monthly payments** | **$0.00** | **$0.00** |
| **Wells Fargo Bank Attn: Managing Agent PO Box 3000 Winterville, NC 28590** | **Regular monthly payments** | **$0.00** | **$0.00** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None  c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of
■   creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both
   spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
| --- | --- | --- | --- |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of
☐   this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses
   whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF<br>PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
| --- | --- | --- | --- |
| **Lexington State Bank (nka NewBridge Bank) v. Frady Tree Service, Inc., Tanya C. Frady, Kelly S. Frady, and Ralph E. Carrick<br>07-CVS-01049** | **Money Owed<br>(business loan)** | **Superior Court Division, Davidson County** | **Judgment stayed per the filing of this bankruptcy petition.** |
| **Berkley Risk Administrators, LLC v. John Brown and Kelly Frady dba Arbor Touch Landscaping<br>08-CVD-012254** | **Money Owed<br>(business debt)** | **District Court Division, Wake County** | **Judgment for plaintiff for $21,873.00 (plus interest) on 05/07/09.** |
| **Key Risk Management Services, Inc. v. John Brown and Kelly Frady dba Arbor Touch Landscaping<br>07-CVD-011742** | **Money Owed<br>(business debt)** | **District Court Division, Davidson County** | **Judgment for plaintiff for $10,354 (plus interest)** |
| **Wells Fargo Bank, NA v. Kelly Frady<br>08-CVD-1788** | **Money owed** | **District Court Division, Davidson County** | **Judgment for Plaintiff. Currently amount owed: $9,959.77. Note: Plaintiff holds lien on Debtor's 2002 Saturn VUE.** |

None  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately
■   preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
   property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
   filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE<br>BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF<br>PROPERTY |
| --- | --- | --- |

**5.  Repossessions, foreclosures and returns**

None  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or
■   returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12
   or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the
   spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF<br>CREDITOR OR SELLER | DATE OF REPOSSESSION,<br>FORECLOSURE SALE,<br>TRANSFER OR RETURN | DESCRIPTION AND VALUE OF<br>PROPERTY |
| --- | --- | --- |

#### 6. Assignments and receiverships

None ☐ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☐ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

#### 7. Gifts

None ☐ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Lexington Church of God**<br>**810 West 4th Avenue**<br>**Lexington, NC 27293** | | **Weekly/Monthly** | **Tithing/offerings average approx. $800.00 per month.** |

#### 8. Losses

None ☐ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

#### 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Donald L. Coomes, PLLC**<br>**PO Box 141**<br>**Sanford, NC 27331** | **08/28/10 ($300.00); 08/29/10 ($1,499.00)** | **Total: $1,799.00**<br>**Legal Fee: $1,500.00**<br>**Filing Fee: $299.00** |

**10. Other transfers**

None ☐   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| **Unknown** | **July-August 2009** | **1987 Nissan 300ZX**<br>**Value received: $1,750.00** |

None ■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None ☐   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **Bank of America**<br>**Lexington, NC** | **Checking Account** | **Amount: $0.00** |

**12. Safe deposit boxes**

None ■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None ■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None ■   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                    NAME USED                                    DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **Arbor Touch Landscaping** | **1681** | **No longer in business Lexington, NC** | **Landscaping -- Partnership between Debtor (H) and Johnny Bennett Brown. Corporate Chapter 7 filing (07-50511) on 03/29/07.  Note: Bankruptcy petition named Frady Tree Services, Inc. as Debtor, but the assets/debts/etc. for Arbor Touch Landscaping were included in the filing.** | **2003 to August 30, 2007.** |
| **Frady Tree Service, Inc.** | **0223** | **no longer in business Lexington, NC** | **Tree Service -- Corporate Chapter 7 filing (07-50511) on 03/29/07.** | **April 2, 2002 to August 30, 2007.** |
| **HRF Enterprises, LLC** | **26-1126815** | **dba Frady Tree Care 1001 West WT Harris Blvd. Suite P241 Charlotte, NC 28213** | **Tree Service -- Members of the LLC  include Debtor (W) (51% interest) and Stewart Roberts (49% interest).** | **October 4, 2007 to present (continuing)** |

None


b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                     ADDRESS

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **LB Consulting Company** | **Provides Federal/state income tax** |
| **636 National Highway** | **returns for HRF Enterprises, LLC.** |
| **Thomasville, NC 27360** | |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

**20. Inventories**

None
■

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None
☐

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Tanya Frady** | **Member of HRF Enterprises, LLC** | **51%** |
| **PO Box 1781** | | |
| **Lexington, NC 27293** | | |
| **Stewart Roberts** | **Member of HRF Enterprises, LLC** | **49%** |
| **1001 E. WT Harris Blvd.** | | |
| **Suite P241** | | |
| **Charlotte, NC 28213** | | |

None
■

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|------|------|------|

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------------|--------------------------------------|

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------|--------------------------------------|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **September 13, 2010**          Signature  **/s/ Kelly Scott Frady**

                              **Kelly Scott Frady**
                              Debtor

Date  **September 13, 2010**          Signature  **/s/ Tanya Renee Carrick Frady**

                              **Tanya Renee Carrick Frady**
                              Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Middle District of North Carolina

In re   **Kelly Scott Frady**
**Tanya Renee Carrick Frady**
_____
Debtor(s)

Case No.   **10-51653**
Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 1,500.00 |
| Prior to the filing of this statement I have received | $ | 1,500.00 |
| Balance Due | $ | 0.00 |

2.   $ **299.00** of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■ Debtor     ☐ Other (specify):

4.   The source of compensation to be paid to me is:

     ■ Debtor     ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
       **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **September 13, 2010**
_____

**/s/ Don L. Coomes**
**Don L. Coomes 27761**
**Donald L. Coomes, PLLC**
**PO Box 141**
**Sanford, NC 27331**
**919-718-0947   Fax: 919-367-4032**
**don.coomes13@gmail.com**

---

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis. The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge. The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Middle District of North Carolina

In re   **Kelly Scott Frady**
**Tanya Renee Carrick Frady**     Case No.   **10-51653**

Debtor(s)     Chapter   **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| **Kelly Scott Frady**<br>**Tanya Renee Carrick Frady** | X **/s/ Kelly Scott Frady** | **September 13, 2010** |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | | |
| Case No. (if known)   **10-51653** | X **/s/ Tanya Renee Carrick Frady** | **September 13, 2010** |
| | Signature of Joint Debtor (if any) | Date |

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Middle District of North Carolina

In re  **Kelly Scott Frady**
**Tanya Renee Carrick Frady**
                                                    Case No.  **10-51653**
                            Debtor(s)               Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  **September 13, 2010**          **/s/ Kelly Scott Frady**
                                       **Kelly Scott Frady**
                                       Signature of Debtor

Date:  **September 13, 2010**          **/s/ Tanya Renee Carrick Frady**
                                       **Tanya Renee Carrick Frady**
                                       Signature of Debtor

B22A (Official Form 22A) (Chapter 7) (04/10)

In re  **Kelly Scott Frady**
**Tanya Renee Carrick Frady**
Debtor(s)

Case Number:  **10-51653**
(If known)

According to the information required to be entered on this statement
(check one box as directed in Part I, III, or VI of this statement):

☐ **The presumption arises.**

■ **The presumption does not arise.**

☐ **The presumption is temporarily inapplicable.**

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor, whether or not filing jointly. Unless the exclusion in Line 1C applies, joint debtors may complete a single statement. If the exclusion in Line 1C applies, each joint filer must complete a separate statement.

| | Part I. MILITARY AND NON-CONSUMER DEBTORS |
|---|---|
| 1A | **Disabled Veterans.** If you are a disabled veteran described in the Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>■ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.**<br><br>☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>        a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>                ☐ I remain on active duty /or/<br>                ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;<br><br>                OR<br><br>        b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/<br>                ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

## Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION

| | | Column A<br>Debtor's<br>Income | Column B<br>Spouse's<br>Income |
|---|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only column A ("Debtor's Income") for Lines 3-11.**<br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br>d. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | |
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ | $ |
| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.**<br><br>a. Gross receipts — Debtor $ — Spouse $<br>b. Ordinary and necessary business expenses — Debtor $ — Spouse $<br>c. Business income — Subtract Line b from Line a | $ | $ |
| 5 | **Rents and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.**<br><br>a. Gross receipts — Debtor $ — Spouse $<br>b. Ordinary and necessary operating expenses — Debtor $ — Spouse $<br>c. Rent and other real property income — Subtract Line b from Line a | $ | $ |
| 6 | **Interest, dividends, and royalties.** | $ | $ |
| 7 | **Pension and retirement income.** | $ | $ |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. | $ | $ |
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act — Debtor $ — Spouse $ | $ | $ |
| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.<br><br>a. — Debtor $ — Spouse $<br>b. — Debtor $ — Spouse $<br><br>Total and enter on Line 10 | $ | $ |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $ | $ |

| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | $ |

## Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | **Annualized Current Monthly Income for § 707(b)(7).** Multiply the amount from Line 12 by the number 12 and enter the result. | $ |
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) <br> a. Enter debtor's state of residence:      b. Enter debtor's household size: | $ |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed. <br> ☐ **The amount on Line 13 is less than or equal to the amount on Line 14.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII. <br> ☐ **The amount on Line 13 is more than the amount on Line 14.** Complete the remaining parts of this statement. |

**Complete Parts IV, V, VI, and VII of this statement only if required. (See Line 15.)**

## Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | **Enter the amount from Line 12.** | | $ |
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. | | |

| a. | | $ |
| b. | | $ |
| c. | | $ |
| d. | | $ |

| Total and enter on Line 17 | $ |

| 18 | **Current monthly income for § 707(b)(2).** Subtract Line 17 from Line 16 and enter the result. | $ |

## Part V. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 19A | **National Standards: food, clothing and other items.** Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 14b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. | |

| Household members under 65 years of age | | Household members 65 years of age or older | |
|---|---|---|---|
| a1. | Allowance per member | a2. | Allowance per member | |
| b1. | Number of members | b2. | Number of members | |
| c1. | Subtotal | c2. | Subtotal | $ |

| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and household size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** | |
|---|---|---|
| | | |

| | a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ |
|---|---|---|---|
| | b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ |
| | c. | Net mortgage/rental expense | Subtract Line b from Line a. | $ |

| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | |
|---|---|---|
| | _____ | $ |

| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation. Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8. ☐ 0 ☐ 1 ☐ 2 or more. If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
|---|---|---|

| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for you public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
|---|---|---|

| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.) ☐ 1 ☐ 2 or more. Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** | |
|---|---|---|
| | | |

| | a. | IRS Transportation Standards, Ownership Costs | $ |
|---|---|---|---|
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. | $ |

| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23. Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.** | |
|---|---|---|
| | | |

| | a. | IRS Transportation Standards, Ownership Costs | $ |
|---|---|---|---|
| | b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ |
| | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. | $ |

| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ |
|---|---|---|

| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
|---|---|---|

| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
|----|----|----|
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $ |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare - such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service - such as pagers, call waiting, caller id, special long distance, or internet service - to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ |

**Subpart B: Additional Living Expense Deductions**
**Note: Do not include any expenses that you have listed in Lines 19-32**

| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. | |
|----|----|----|
| | | |
| | **a.** Health Insurance    $ <br> **b.** Disability Insurance    $ <br> **c.** Health Savings Account    $ | $ |
| | Total and enter on Line 34. <br> **If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below: <br> $ | |
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $147.92[*] per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |

[*] Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | $ |

### Subpart C: Deductions for Debt Payment

| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, and state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. | |
|---|---|---|

|  | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. |  |  | $ | ☐yes ☐no |
|  |  |  | Total: Add Lines |  |

(Line 42 total) $

| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | |
|---|---|---|

|  | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. |  |  | $ |
|  |  |  | Total: Add Lines |

(Line 43 total) $

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ |

| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | |
|---|---|---|

| a. | Projected average monthly Chapter 13 plan payment. | $ |
|---|---|---|
| b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x |
| c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b |

(Line 45 total) $

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ |

### Subpart D: Total Deductions from Income

| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ |

### Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ |
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ |

| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed. |
|---|---|
| | ☐ **The amount on Line 51 is less than $7,025**[*]. Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI. |
| | ☐ **The amount set forth on Line 51 is more than $11,725*** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI. |
| | ☐ **The amount on Line 51 is at least $7,025*, but not more than $11,725***. Complete the remainder of Part VI (Lines 53 through 55). |

| 53 | **Enter the amount of your total non-priority unsecured debt** | $ |
|---|---|---|

| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |
|---|---|---|

| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed. |
|---|---|
| | ☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. |
| | ☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. |

## Part VII. ADDITIONAL EXPENSE CLAIMS

| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. |
|---|---|

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| d. | | $ |
| | Total: Add Lines a, b, c, and d | $ |

## Part VIII. VERIFICATION

| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)* |
|---|---|

Date: __September 13, 2010__   Signature: __/s/ Kelly Scott Frady__

**Kelly Scott Frady**

*(Debtor)*

Date: __September 13, 2010__   Signature __/s/ Tanya Renee Carrick Frady__

**Tanya Renee Carrick Frady**

*(Joint Debtor, if any)*

[*] Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

# Current Monthly Income Details for the Debtor

**Debtor Income Details:**

Income for the Period **02/01/2010** to **07/31/2010**.

**Line 3 - Gross wages, salary, tips, bonuses, overtime, commissions**

Source of Income: **HRF Enterprises LLC dba Frady Tree Care**

Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | 02/2010 | $0.00 |
| 5 Months Ago: | 03/2010 | $2,900.00 |
| 4 Months Ago: | 04/2010 | $2,900.00 |
| 3 Months Ago: | 05/2010 | $2,900.00 |
| 2 Months Ago: | 06/2010 | $0.00 |
| Last Month: | 07/2010 | $2,900.00 |
| | Average per month: | $1,933.33 |

# Current Monthly Income Details for the Debtor's Spouse

**Spouse Income Details**:
Income for the Period **02/01/2010** to **07/31/2010**.

**Line 3 - Gross wages, salary, tips, bonuses, overtime, commissions**
Source of Income: **HRF Enterprises LLC dba Frady Tree Care**
Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | 02/2010 | $0.00 |
| 5 Months Ago: | 03/2010 | $1,000.00 |
| 4 Months Ago: | 04/2010 | $1,000.00 |
| 3 Months Ago: | 05/2010 | $1,000.00 |
| 2 Months Ago: | 06/2010 | $0.00 |
| Last Month: | 07/2010 | $1,000.00 |
| | Average per month: | $666.67 |

**Line 3 - Gross wages, salary, tips, bonuses, overtime, commissions**
Source of Income: **Davidson County Schools**
Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | 02/2010 | $4,420.00 |
| 5 Months Ago: | 03/2010 | $3,480.00 |
| 4 Months Ago: | 04/2010 | $3,480.00 |
| 3 Months Ago: | 05/2010 | $4,758.00 |
| 2 Months Ago: | 06/2010 | $4,894.00 |
| Last Month: | 07/2010 | $3,480.00 |
| | Average per month: | $4,085.33 |