UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

In Re:

FRADY, KELLY SCOTT
FRADY, TANYA CARRICK
PO BOX 1781
LEXINGTON, NC 27293

Case No. 10-51653 C-7W

Debtor(s).

## NOTICE OF APPLICATION FOR ORDER TO ABANDON PROPERTY

To all Creditors, the Debtor(s) and the Debtor's Attorney:

You are hereby notified that the Trustee in the above-named case has filed with the Court an Application to abandon the following property:

| Property | Estimated Market Value and Source of Valuation | Identity and Amount of All Alleged Lien Interest(s) |
|---|---|---|
| ½ Interest in 626 Lake Street, Lexington, North Carolina | $49,000.00 (was last listed with realtor for this price) | Bank of North Carolina (several properties, this one included) Original amount of lien $115,000.00 |

If no objection to the above-described Application for Order to abandon property is filed with the court by a party-in-interest on or before October 13, 2011, the Court will consider this Application without a hearing.

If an objection to the above-described Application for Order to abandon property is timely filed with the Court by a party-in-interest, a hearing will be held on the objection at 2 p.m., on the 26th day of October, 2011 at U.S. Bankruptcy Court, First Floor Courtroom, 226 South Liberty Street, Winston-Salem, North Carolina.

TAKE FURTHER NOTICE that a copy of this Notice is being mailed to all creditors and other parties-in-interest in this case.

OFFICE OF THE CLERK

Date: 9/27/11      BY: Susan Whitesell
                        Deputy Clerk
                        U.S. Bankruptcy Court