Form 154

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
226 S. Liberty Street
Winston−Salem, NC 27101

Bankruptcy Case No.: 10−51653

IN THE MATTER OF:
Kelly Scott Frady     xxx−xx−4372
Tanya Renee Carrick Frady     xxx−xx−2685
fka Tanya Carrick Frady
PO Box 1781
Lexington, NC 27293

   Debtor(s)

TO THE DEBTOR, CREDITOR AND ALL OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE THAT a hearing will be held at:

Courtroom 1, First Floor, 226 South Liberty Street, Winston−Salem, NC 27101

on 10/12/11 at 02:00 PM

to consider and act upon the following:

Motion for Relief from Stay regarding 603 2nd Ave., 626 Lake St. & 17.54 Acres off Dogwood Rd., Lexington, NC 27292, or in the alternative Motion for Adequate Protection. Filed by Creditor Bank of North Carolina, by and through counsel Alan Powell.


Dated: 9/30/11                                                                                                   OFFICE OF THE CLERK/ smw


To Enter a Federal Court Facility you must present **a valid State or Federal photo ID.** (i.e. Drivers License, etc.)

For security purposes the following is a list of items that **will not be allowed** into a Federal Court Facility:

Firearms, stun guns, mace or pepper spray, knives, box cutters, razors, or any cutting devices of any kind; cameras: to include any device having the photographic capability i.e., cell phones with camera features, personal organizers with camera features; and any device having recording or transmitting capabilities: to include tape recorders, digital recorders, wireless microphones, push to talk cell phones, hand held or two way radios or similar radio communication devices.